```
Andrew C. Schwartz (State Bar No. 64578)
CASPER, MEADOWS, SCHWARTZ & COOK
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone:   (925) 947-1147
Facsimile:   (925) 947-1131

Attorneys for Plaintiff
```

FILED
JAN 10 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
JAN - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing
JL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

ESTATE OF JEREMIAH CHASS, MARK CHASS, YVETTE CHASS, and I. C., a minor, by and through his Guardian Ad Litem, YVETTE CHASS,

    Plaintiffs,

vs.

COUNTY OF SONOMA, BILL COGBILL, in his individual capacity and in his official capacity as Sheriff for the COUNTY OF SONOMA, SONOMA COUNTY DEPUTY SHERIFF JOHN MISITA, SONOMA COUNTY DEPUTY SHERIFF JIM RYAN, and DOES 1 through 50,

    Defendants.

Case No.: CV 08 0111

**PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM AND [PROPOSED] ORDER**

Petitioner, YVETTE CHASS, alleges:

1.     I. C. is a minor, born in 2000.

4.     I. C. has a cause of action against the above-named defendants arising out of the incident that occurred on October March 12, 2007.

5.     I. C. has no general guardian and no previous petitions for appointment of a guardian ad litem have been filed in this matter.

6.     Petitioner, whose address is 1474 High School Road, Sebastopol, California, 95473, is the natural mother of I. C., and is a competent and responsible person, and fully

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Chass v. County of Sonoma, et al.*
PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM AND PROPOSED ORDER      Page 1

1 | competent to act as guardian ad litem.

2 |     7.    Petitioner is willing to act as guardian ad litem for I. C., as appears by the consent
3 | attached hereto.

4 |     WHEREFORE, petitioner moves the court for an order appointing YVETTE CHASS, as
5 | guardian ad litem for I. C., for the purpose of bringing action against the above named defendants
6 | on the claim hereinabove stated.

8 | DATED: January 7, 2007

                          */s/ Yvette Chass*
                          YVETTE CHASS

## ORDER

    The petition for an order appointing YVETTE CHASS as guardian ad litem is GRANTED.

    IT IS SO ORDERED.

DATED  1-09-08

                          ~~UNITED STATES DISTRICT JUDGE~~
                          JAMES LARSON
                          U.S. CHIEF MAGISTRATE JUDGE

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Chass v. County of Sonoma, et al.*
PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM AND PROPOSED ORDER
Page 2