```
1  STEVEN C. MITCHELL, ESQ., SBN 124644
   GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
2  37 Old Courthouse Square, Fourth Floor
   Santa Rosa, CA  95404
3  Telephone: (707) 545-1660
   Facsimile: (707) 545-1876
4
5  Attorneys for Defendants
   COUNTY OF SONOMA, BILL COGBILL,
6  SONOMA COUNTY DEPUTY SHERIFF JOHN MISITA,
   SONOMA COUNTY DEPUTY SHERIFF JIM RYAN
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ESTATE OF JEREMIAH CHASS, et al. | No. CV 08 0111 JL |
|---|---|
| Plaintiff(s), | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| v. | **AND** |
| | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| COUNTY OF SONOMA, et al. | |
| Defendant(s). | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: March 14, 2008          Signature _[signature]_

Counsel for Defendants
(Plaintiff, Defendant, or indicate "pro se")

Case No: CV 08 0111 JL                    United States District Court, Northern District of California

## PROOF OF SERVICE

I am employed in the County of Sonoma, State of California. I am over the age of 18 years and not a party to the within action. My business address is Geary, Shea, O'Donnell, Grattan & Mitchell, 37 Old Courthouse Square, Fourth Floor, Santa Rosa, CA 95404.

On March 14, 2008, I served the attached:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the parties to this action by placing a true copy thereof in a sealed envelope, addressed as follows:

| | |
|---|---|
| Andrew C. Schwartz, Esq.<br>Casper, Meadows, Schwartz & Cook<br>A Professional Corporation<br>California Plaza<br>2121 North California Boulevard, Suite 1020<br>Walnut Creek, CA 94596 | Telephone: 925/947-1147<br>Facsimile: 925/947-1131<br>Attorney for Plaintiffs |
| Patrick Emery, Esq.<br>Abbey, Weitzenberg, Warren & Emery<br>100 Stony Point Road, Suite 200<br>Santa Rosa, CA 95402-1566 | Telephone: 707/542-5050<br>Facsimile: 707/542-2589<br>Attorney for Plaintiffs |

/ X / (BY MAIL) I placed a copy of the above-described document in sealed envelope, with postage thereon fully prepared for First-Class Mail, addressed to the parties as set forth above, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of Geary, Shea, O'Donnell, Grattan & Mitchell for processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

/_/ (BY OVERNIGHT DELIVERY, PURSUANT TO CCP '1013(c)) I placed such sealed envelope for collection and mailing by overnight delivery at Santa Rosa, California, within the ordinary business practices of Geary, Shea, O'Donnell, Grattan & Mitchell. I am readily familiar with the practices of Geary, Shea, O'Donnell, Grattan & Mitchell for processing overnight correspondence, said practice being that in the ordinary course of business, correspondence is either picked up by or delivered to the delivery company the same day as it is placed for processing.

/_/ (BY FACSIMILE) I caused the above-described document to be transmitted, pursuant to Rule 2008, by facsimile machine (which complies with Rule 2003(3)) to the parties at the number(s) indicated after the address(es) noted above. The transmission was reported as complete and without error.

///

/__/ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the parties at the address(es) noted above.

  I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed at Santa Rosa, California, on March 14, 2008.

*[signature]*
Michelle A. Stewart

LAW OFFICES OF
GEARY,
SHEA,
O'DONNELL
GRATTAN &
MITCHELL
P.C.