UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of Jeremiah Chass, Mark Chass, Yvette Chass, and I. C., a minor, by and through his Guardian ad Litem Yvette Chass<br><br>Plaintiff,<br><br>v.<br><br>County of Sonoma, Bill Cogbill, et al.<br><br>Defendant. | CASE NO. CV 08-0111 MMC<br><br>STIPULATION AND ORDER SELECTING ADR PROCESS |

I. **ADR PROCESS**

The parties hereby stipulate to participate in the ADR process checked below *(select one court-connected or private process)*.

**Court-connected ADR processes:**

☐ Arbitration

  ☐ Non-binding

  ☐ Binding

☐ Early Neutral Evaluation (ENE)

☐ Early Settlement Conference with a Magistrate Judge

☐ Mediation

**Private ADR process:**

☒ Type of Process: Mediation

Name, address and phone number of private provider:

_____

_____

_____

II. **TIMING FOR ADR PROCESS**

☐  **Cases in ENE or Mediation (or similar private process):**

The parties shall conduct the ADR session by _____ (no later than 90 days after the date set for the first Case Management Conference unless otherwise ordered under General Order 36, § VII.D.)

☐  **Cases in Arbitration (court-connected or private):**

The parties shall conduct the Arbitration by _____ (no later than 135 days after the date set for the first Case Management Conference unless otherwise ordered -- the clerk will send the parties a list of arbitrators for ranking within 10 days after the Case Management Conference.)

III. **OTHER STIPULATIONS** (e.g. regarding additional disclosures and/or discovery before the ADR session, issues to be addressed in ADR session, etc.)

The parties agree to complete private mediation by September 30, 2008. They intend to complete a limited amount of discovery prior to mediation. The mediator will be selected within 60 days.

Dated: April 3, 2008

_____
Plaintiff
Andrew C. Schwartz, Esq.

Dated: April 3, 2008

_____
Defendant
Steven Mitchell, Esq.

IT IS SO ORDERED.

Dated:

_____
United States District Judge