1
2
3                    UNITED STATES DISTRICT COURT
4                    NORTHERN DISTRICT OF CALIFORNIA
5
6  | Estate of Jeremiah Chass, Mark Chass, Yvette )   CASE NO. CV 08-0111 MMC
   | Chass, and I. C., a minor, by and through his )
7  | Guardian ad Litem Yvette Chass              )   STIPULATION AND ORDER
                                  Plaintiff,    )   SELECTING ADR PROCESS
8                         v.                    )
9  | County of Sonoma, Bill Cogbill, et al.      )
10                                               )
                                  Defendant.   )
11 |_____)

12  I.   ADR PROCESS

13  The parties hereby stipulate to participate in the ADR process checked below *(select one court-connected or private process)*.
14
        **Court-connected ADR processes:**
15
        ☐   Arbitration
16
            ☐   Non-binding
17
            ☐   Binding
18
        ☐   Early Neutral Evaluation (ENE)
19
        ☐   Early Settlement Conference with a Magistrate Judge
20
        ☐   Mediation
21

22      **Private ADR process:**

23      [x]  Type of Process:  Mediation_____

24      Name, address and phone number of private provider:

25      _____

26      _____

27      _____

28

STIPULATION AND ORDER SELECTING ADR PROCESS

NDC-ADR5

II. **TIMING FOR ADR PROCESS**

☐ **Cases in ENE or Mediation (or similar private process):**

The parties shall conduct the ADR session by _____ (no later than 90 days after the date set for the first Case Management Conference unless otherwise ordered under General Order 36, § VII.D.)

☐ **Cases in Arbitration (court-connected or private):**

The parties shall conduct the Arbitration by _____ (no later than 135 days after the date set for the first Case Management Conference unless otherwise ordered -- the clerk will send the parties a list of arbitrators for ranking within 10 days after the Case Management Conference.)

III. **OTHER STIPULATIONS** (e.g. regarding additional disclosures and/or discovery before the ADR session, issues to be addressed in ADR session, etc.)

The parties agree to complete private mediation by September 30, 2008. They intend to complete a limited amount of discovery prior to mediation. The mediator will be selected within 60 days.

Dated:  April 3, 2008                              Dated:  April 3, 2008

_____                    _____
Plaintiff                                          Defendant
Andrew C. Schwartz, Esq.                           Steven Mitchell, Esq.

IT IS SO ORDERED.

Dated:  April 4, 2008

_____
United States District Judge