**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE MAXINE M. CHESNEY

Date: <u>April 18, 2008</u>

Case No.  <u>C 07-00111 MMC</u>

Title:<u> ESTATE OF JEREMIAH CHASS </u>v.<u> COUNTY OF SONOMA</u>

Plaintiff Attorney: Andrew Schwartz          Defense Attorney: Steven Mitchell

Deputy Clerk:  <u>Dawn Toland</u>                        Court Reporter: <u>Not reported</u>

**PROCEEDINGS**

1)    <u>Initial Case Management Conference - HELD                                    </u>

2)   <u>                                                                                                                      </u>


**ORDERED AFTER HEARING:**


Continued to  **3/27/09 at 10:30 am** for Further Case Management Conference.

Continued to  **6/16/09 at 3:00 pm**   for Pretrial Conference

Continued to **6/29/09 at 9:00 am** for Jury Trial (10-15 days)

Non expert discovery: 1/9/09
Expert disclosure: 1/30/09
Rebuttal disclosure: 2/13/09
Expert discovery: 3/6/09
Dispositive motion filing deadline is: 3/20/09

Parties shall meet and confer by 5/11/09.

The parties had previously stipulated to be referred to private mediation.

Per the parties agreement the Court set a limit of 6 depositions for each side that shall be completed prior to the mediation.  Counsel intend to submit the Court's form of Protective Order for approval.