

LAW OFFICES OF
# GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.

William E. Geary
Patrick G. Grattan
Steven C. Mitchell
John F. Geary
John A. Holdredge
Michael T. Carlson
Leo R. Bartolotta
Raymond J. Fullerton, Jr.
Matthew K. Good
Jenna L. Holthouse
Robert W. Henkels
Tarik J. Naber

Of Counsel
Max A. Mickelsen
Desiree O. Cox

July 31, 2008

Writer's email: smitchell@gsoglaw.com

Honorable Maxine M. Chesney
United States District Court
Northern District of California
450 Golden Gate Ave.
Courtroom 7, 19th Floor
San Francisco, CA 94102

Re:   *Estate of Jeremiah Chass, et al. v. County of Sonoma, et al.*
      Case No.:  CV 08 0111 MMC
      Our File No.:  87004-416

Dear Judge Chesney:

Our firm represents the defendants in connection with the above matter. Pursuant to FRCP Rule 14, we are filing a motion for leave to file a third party complaint. Please note that plaintiffs' counsel have stipulated to the same (see Exhibit "B" to my Declaration). Accordingly, we are requesting that the motion be expedited, and have set if for hearing on August 15, so that we can keep the above matter moving forward expeditiously. Alternatively, in light of the stipulation, perhaps you will issue an order in advance of the hearing.

Thank you for your consideration of the above.

Very truly yours,

Steven C. Mitchell

SCM/mas

cc:   Patrick W. Emery, Esq.
      Andrew Schwartz, Esq.

WWW.GSOGLAW.COM

37 OLD COURTHOUSE SQUARE, FOURTH FLOOR • SANTA ROSA, CA 95404-4929
TEL: 707.545.1660 • FAX: 707.545.1876

PETALUMA OFFICE • 100 FOURTH STREET • PETALUMA, CA 94952
TEL: 707.766.6812 • FAX: 707.762.3622