IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JEREMIAH CHASS, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF SONOMA, et al.,<br><br>　　　　Defendants. | No. C 08-0111 MMC<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE A THIRD PARTY COMPLAINT; VACATING HEARING** |

　　　Before the Court is defendants' motion, filed August 1, 2008, for leave to file a third party complaint pursuant to Rule 14 of the Federal Rules of Civil Procedure. Plaintiffs have stipulated to the filing of such third party complaint. (See Decl. of Steven C. Mitchell Re: Mot. for Leave to File a Third Party Compl. Ex. B.)

　　　Having reviewed the papers filed in support of the motion, the Court deems the matter suitable for decision on the papers, see Civil L.R. 7-1(b), VACATES the hearing scheduled for August 15, 2008, and, for the reasons stated by defendants, hereby GRANTS the motion. Defendants shall file their Third Party Complaint no later than August 5, 2008, and shall serve third-party defendants with summons and a copy of the Third Party Complaint no later than August 22, 2008.

　　　**IT IS SO ORDERED**.

Dated: August 1, 2008

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge