UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JEREMIAH CHASS, MARK CHASS, YVETTE CHASS, and I.C., a minor, by and through his Guardian Ad Litem, YVETTE CHASS, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SONOMA, BILL COGBILL, in his individual capacity and in his official capacity as Sheriff for the COUNTY OF SONOMA, SONOMA COUNTY DEPUTY SHERIFF JOHN MISITA, SONOMA COUNTY DEPUTY SHERIFF JIM RYAN, and DOES 1 through 50, <br><br> Defendants and Third Party Plaintiffs, <br><br> v. <br><br> SANTA ROSA MEMORIAL HOSPITAL, <br><br> Third Party Defendants. | CASE NO.: CV 08 0111 MMC <br><br> Honorable Maxine M. Chesney |

**SUMMONS ON A THIRD PARTY COMPLAINT**

TO: **SANTA ROSA MEMORIAL HOSPITAL:**

A lawsuit has been filed against defendants COUNTY OF SONOMA, BILL COGBILL, in his individual capacity and in his official capacity as Sheriff for the COUNTY OF SONOMA, SONOMA COUNTY DEPUTY SHERIFF JOHN MISITA, SONOMA COUNTY DEPUTY SHERIFF JIM RYAN, who as third-party plaintiffs are making this claim against you to pay part or all of what the defendants may owe to the plaintiffs ESTATE OF JEREMIAH CHASS, MARK CHASS, YVETTE CHASS, and I.C., a minor, by and through his Guardian Ad Litem, YVETTE CHASS.

///

///

1  Within 20 days after service of this summons on you (not counting the day you received it),
2  you must serve on the plaintiffs and on the defendants an answer to the attached third-party
3  complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or
4  motion must be served on the defendants' attorney, Steven C. Mitchell, whose address is Geary,
5  Shea, O'Donnell, Grattan & Mitchell, P.C., 37 Old Courthouse Square, 4th Floor, Santa Rosa,
6  California 95404, and also on the plaintiffs' attorneys, Andrew C. Schwartz, Esq., whose address is
7  Casper, Meadows, Schwartz & Cook, California Plaza, 2121 North California Boulevard, Suite
8  1020, Walnut Creek, California 94596 and Patrick Emery, Esq., whose address is Abbey,
9  Weitzenberg, Warren & Emery, 100 Stony Point Road, Suite 200, Santa Rosa, California 95402-
10 1566. If you fail to do so, judgment by default will be entered against you for the relief demanded
11 in the third-party complaint. You also must file the answer or motion with the court and serve it on
12 any other parties.

13  A copy of the plaintiffs' complaint is also attached. You may – but are not required to –
14 respond to it.

DATED: 8/5/08

Richard W. Wieking
Clerk of Court

ALFRED AMISTOSO
Deputy Clerk's Signature

- 2 -
Summons on a Third Party Complaint