STEVEN C. MITCHELL, ESQ., SBN 124644
GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
37 Old Courthouse Square, Fourth Floor
Santa Rosa, California  95404
Telephone:  (707) 545-1660
Facsimile:   (707) 545-1876

Attorneys for Defendants
COUNTY OF SONOMA, BILL COGBILL, SONOMA COUNTY DEPUTY SHERIFF JOHN MISITA, SONOMA COUNTY DEPUTY SHERIFF JIM RYAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JEREMIAH CHASS, MARK CHASS, YVETTE CHASS, and I.C., a minor, by and through his Guardian Ad Litem, YVETTE CHASS,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SONOMA, BILL COGBILL, in his individual capacity and in his official capacity as Sheriff for the COUNTY OF SONOMA, SONOMA COUNTY DEPUTY SHERIFF JOHN MISITA, SONOMA COUNTY DEPUTY SHERIFF JIM RYAN, and DOES 1 through 50,<br><br>Defendants and Third Party Plaintiffs,<br><br>v.<br><br>SANTA ROSA MEMORIAL HOSPITAL,<br><br>Third Party Defendants. | CASE NO.:  CV 08 0111 MMC<br><br>**PROOF OF SERVICE OF THIRD PARTY SUMMONS AND COMPLAINT AND RELATED DOCUMENTS** |

I certify that I am authorized to serve the third party summons and complaint in the within action pursuant to F.R.Civ.P. 4(c) and that I served the third party summons and complaint and the documents listed in Attachment 1 attached hereto, as follows:

1. Name and title of person served: Santa Rosa Memorial Hospital

2. Person with whom left: Shiva O'Malley
   Title or relationship to person served: Business Coordinator for Performance Improvement

3. Date and time of delivery: August 8, 2008; 1:35 p.m.

4. Mailing date; class of mail:          Place of mailing:

5. Address, City and State: 1165 Montgomery Drive, Santa Rosa, California
   ( ) Home        (X) Business

6. Manner of service:

   [X]   UPON A DOMESTIC OR FOREIGN CORPORATION OR UPON A PARTNERSHIP OR OTHER UNINCORPORATED ASSOCIATION WHICH IS SUBJECT TO SUIT UNDER A COMMON NAME, by delivering a copy of the third party summons and complaint and documents listed in Attached 1 attached hereto to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statue to receive service and the statue so requires, by also mailing a copy to the defendant; or in a manner consistent with C.C.P. 415.20(a); F.R.Civ.P. 4(h).

   I declare under penalty of perjury that the foregoing document is true and correct.

   Executed at Santa Rosa, State of California, this 22nd day of August, 2008.

   _____
   DANIEL J. WEST

LAW OFFICES OF
GEARY,
SHEA,
O'DONNELL
GRATTAN &
MITCHELL
P.C.

- 2 -
Proof of Service of Third Party Summons and Complaint and Related Documents

# ATTACHMENT 1 TO PROOF OF SERVICE OF THIRD PARTY SUMMONS AND COMPLAINT

1. Complaint for Damages;
2. District Court Guidelines;
3. Order Setting Initial Case Management Conference and ADR Deadlines;
4. Drop Box Filing Procedures;
5. Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge;
6. Waiver of Service of Summons;
7. Standing Order for All Judges of the Northern District of California;
8. Reassignment Order;
9. Notice of Impending Reassignment to a United States District Court Judge;
10. Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney;
11. Case Management Conference Order;
12. Answer of Defendants to Complaint;
13. Stipulated Protective Order;
14. Pretrial Preparation Order;
15. Civil Pretrial Minutes;
16. Plaintiffs' Initial Disclosure;
17. Joint Case Management Conference Statement of Plaintiffs and Defendants;
18. Stipulation and Order Selecting ADR Process; and
19. Notice RE: Noncompliance with Court Order.

LAW OFFICES OF
GEARY,
SHEA,
O'DONNELL
GRATTAN &
MITCHELL
P.C.

- 3 -
Proof of Service of Third Party Summons and Complaint and Related Documents