IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JEREMIAH CHASS, et al., | No. C-08-0111 MMC |
| Plaintiffs, | **ORDER VACATING OCTOBER 10, 2008 HEARING** |
| v. | |
| COUNTY OF SONOMA, et al., | |
| Defendants and Third-Party Plaintiffs, | |
| v. | |
| SANTA ROSA MEMORIAL HOSPITAL, | |
| Third-Party Defendant. | |

Before the Court is third party defendant Santa Rosa Memorial Hospital's ("SRMH") Amended Motion to Dismiss Third Party Complaint, filed September 3, 2008. Defendants/third party plaintiffs have filed opposition, to which SRMH has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, see Civ. L.R. 7-1(b), and hereby VACATES the hearing scheduled for October 10, 2008.

**IT IS SO ORDERED.**

Dated: October 8, 2008



MAXINE M. CHESNEY
United States District Judge