ANDREW C. SCHWARTZ, ESQ. (SB# 64578)
CASPER, MEADOWS, SCHWARTZ & COOK
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, CA  94596
Telephone: 925-947-1147
Facsimile: 925-947-1131

PATRICK W. EMERY, ESQ., SB#  061050
ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200
P.O. Box 1566
Santa Rosa, CA  95402-1566
Telephone:    707-542-5050
Facsimile:     707-542-2589

Attorneys for Plaintiffs
Estate of Jeremiah Chass, Mark Chass,
Yvette Chass, and I.C., a minor, by and through
his Guardian Ad Litem, Yvette Chass

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JEREMIAH CHASS, MARK CHASS, YVETTE CHASS, and I.C., a minor, by and through his Guardian Ad Litem, YVETTE CHASS,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SONOMA, BILL COGBILL, in his individual capacity and in his official capacity as Sheriff for the COUNTY OF SONOMA, SONOMA COUNTY DEPUTY SHERIFF JOHN MISITA, SONOMA COUNTY DEPUTY SHERIFF JIM RYAN, and DOES 1 through 50,<br><br>Defendants.<br>_____/ | Case No. CV08-0111 MMC<br><br>**~~AMENDED [PROPOSED]~~ ORDER APPROVING PETITION FOR MINOR'S COMPROMISE**<br><br>**Date:        January 9, 2009<br>Time:        9:00 a.m.<br>Courtroom:  7**<br><br>Honorable Maxine M. Chesney<br>Trial Date:  June 29, 2009 |

Plaintiff YVETTE CHASS's Petition for Minor's Compromise came before this court, the Honorable Maxine Chesney presiding on this date. Petitioner appeared through counsel Andrew Schwartz, Esq. and Patrick Emery, Esq. The Court, having read and considered the ~~pleadings~~ papers filed

-1-
**~~AMENDED [PROPOSED]~~ ORDER FOR APPROVAL OF MINOR'S COMPROMISE**

1  in support of the Petition, including the declaration of Yvette Chass, and having considered the
2  comments of counsel, now makes the following findings and orders:

3      1.    Petitioner is the mother and regularly appointed Guardian ad Litem of Plaintiff I.C.,
4  who is a minor in this action.

5      2.    Plaintiff I.C. is an eight -year-old boy, born May 8, 2000.

6      3.    This action arises out of the shooting death of decedent Jeremiah Chass, Plaintiff
7  I.C.'s brother, on March 12, 2007 by members of the Sonoma County Sheriff Department.

8      4.    I.C. did not suffer physical injuries as the result of this occurrence, and was not
9  treated by medical doctors for physical injuries received during the course of this event. At the time
10 the minor's brother was shot and killed, the minor was out of harms' way and did not personally
11 witness the shooting. The minor's father, Mark Chass, was present at the scene of the shooting and
12 witnessed his son being shot.

13     5.    The law firm of Casper, Meadows, Schwartz & Cook and the law firm of Abbey,
14 Weitzenberg, Warren & Emery, have represented Plaintiffs in this matter. Plaintiffs' attorneys were
15 not recommended to Petitioner by Defendants, and ~~Petition~~ Petitioner has no business or other relationship
16 with Defendants and will receive no compensation from the settlement of the minor's claim.
17 Plaintiffs' attorneys will be paid pursuant to their contingent fee agreement by Mark and Yvette
18 Chass~~.~~, out of the settlement funds allocated to said plaintiffs and not out of funds allocated to the
19 minor plainiff.

20     6.    ~~Plaintiff~~ Petitioner has represented that defendants have offered to pay $1,750,000.00 to all
21 Plaintiffs in consideration of a dismissal with prejudice and a full release in this matter. ~~Plaintiff~~ Petitioner has
22 further recommended that $100,000 of the settlement funds be allocated to I.C.'s claim~~,~~ as follows:

23     7.    ~~It is ordered that~~ The entirety of the $100,000 of the settlement funds allocated to the minor be used
24 to purchase an annuity for said minor plaintiff, yielding the following benefits to that minor:

25     a.    <u>4 Year College Fund</u>. $7,500 paid semi-annually ($15,000 per year), guaranteed
26 4 years, commencing on 07/15/2018 and ending 01/15/2022, guaranteed payout of $60,000; and
27 $1,500 per month ($18,000 per year), guaranteed 4 years, commencing on 08/15/2018 and ending
28

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile (707) 542-2589

07/15/2022, guaranteed payout of $72,000 (paid ages 18-21, not paid on birthday).  Total combined annual payment is $33,000 per year.

        b.     <u>Guaranteed Lump Sum</u>.  At age 25, on 05/08/2025, payment of $87,600.00.

   8.     The settlement on behalf of the minor plaintiff is in the best interests of the minor plaintiff.

        IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

   1.     The settlement on behalf of I.C. is hereby approved.

   2.     The Defendants are hereby authorized and directed to pay through Ringler Associates the sum of $100,000, for the purchase of an annuity for the benefit of I.C., said annuity to make payments to the minor as set forth in this Order.

DATED: January 12, 2009

                                        Honorable Maxine M. Chesney
                                        UNITED STATES DISTRICT ~~COURT~~ JUDGE
                                        Northern District of California

**ABBEY, WEITZENBERG, WARREN & EMERY, P.C.**
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050  Facsimile (707) 542-2589

~~AMENDED [PROPOSED]~~ **ORDER FOR APPROVAL OF MINOR'S COMPROMISE**