1   ANDREW C. SCHWARTZ, ESQ. (SB# 64578)
    CASPER, MEADOWS, SCHWARTZ & COOK
2   A Professional Corporation
    California Plaza
3   2121 North California Blvd., Suite 1020
    Walnut Creek, CA  94596
4   Telephone:  925-947-1147
    Facsimile:  925-947-1131

5
    PATRICK W. EMERY, ESQ., SB# 061050
6   ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
    100 Stony Point Road, Suite 200
7   P.O. Box 1566
    Santa Rosa, CA 95402-1566
8   Telephone:     707-542-5050
    Facsimile:     707-542-2589

9
    Attorneys for Plaintiffs
10  Estate of Jeremiah Chass, Mark Chass,
    Yvette Chass, and I.C., a minor, by and through
11  his Guardian Ad Litem, Yvette Chass

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14  ESTATE OF JEREMIAH CHASS, MARK          Case No. CV 08 0111 MMC
    CHASS, YVETTE CHASS, and I.C., a
15  minor, by and through his Guardian Ad
    Litem, YVETTE CHASS,                    **STIPULATION FOR DISMISSAL BY**
16                                          **PLAINTIFFS AS TO COMPLAINT**
                 Plaintiffs,                **ONLY [Fed R. Civ. P. 41(a)(1)] ;**
17                                          **ORDER THEREON**
         v.
18                                          Trial Date:  June 29, 2009
    COUNTY OF SONOMA, BILL COGBILL,
19  in his individual capacity and in his official
    capacity as Sheriff for the COUNTY OF
20  SONOMA, SONOMA COUNTY DEPUTY
    SHERIFF JOHN MISITA, SONOMA
21  COUNTY DEPUTY SHERIFF JIM RYAN,
    and DOES 1 through 50,
22
                 Defendants.
23  _____/

24      TO THE HONORABLE MAXINE M. CHESNEY OF THE UNITED STATES

25  DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

26          IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by and through

27  their respective counsel of record, that pursuant to the terms of the settlement reached between

28  the parties, the complaint of plaintiffs Estate of Jeremiah Chass, Mark Chass, Yvette Chass, and

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile (707) 542-2589

-1-

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile (707) 542-2589

1  I.C., a minor, by and through his Guardian Ad Litem, Yvette Chass, shall be voluntarily

2  dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), as to the following

3  parties:

4      1.      Defendant County of Sonoma;

5      2.      Defendant Bill Cogbill, in his individual capacity and in his official capacity as

6             Sheriff for the County of Sonoma;

7      3.      Defendant Sonoma County Deputy Sheriff John Misita;

8      4.      Defendant Deputy Sheriff Jim Ryan; and

9      5.      Defendants Does 1 through 50.

10  DATED: March 17, 2009.

11      ABBEY, WEITZENBERG, WARREN & EMERY

12

13      By_____

14          Patrick W. Emery

15      Attorneys for Plaintiffs Estate of Jeremiah Chass,
    Mark Chass, Yvette Chass, and I.C., a minor, by and

16      through his Guardian Ad Litem, Yvette Chass

17  DATED: March 19, 2009.

18      GEARY, SHEA, O'DONNELL,
      GRATTAN & MITCHELL, P.C.

19

20

21      By_____
        Steven C. Mitchell

22      Attorneys for Defendants County of Sonoma, Bill
    Cogbill, Sonoma County Deputy Sheriff John

23      Misita, and Sonoma County Deputy Sheriff Jim
    Ryan

24

25

26

27

28

**STIPULATION OF DISMISSAL AS TO PLAINTIFFS' COMPLAINT**

1

## <u>ORDER</u>

2

3        PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5        DATED: March 20, 2009            

6                                         Hon. Maxine M. Chesney

7                                         Judge of the United States District Court

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
100 Stony Point Road, Suite 200, P.O. Box 1566, Santa Rosa, CA 95402-1566
Telephone: (707) 542-5050 Facsimile (707) 542-2589

**STIPULATION OF DISMISSAL AS TO PLAINTIFFS' COMPLAINT**