STEVEN C. MITCHELL, ESQ., SBN 124644
LEO R. BARTOLOTTA, ESQ., SBN 186860
MATTHEW K. GOOD, ESQ., SBN 226962
GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
37 Old Courthouse Square, Fourth Floor
Santa Rosa, California 95404
Telephone: (707) 545-1660
Facsimile: (707) 545-1876

Attorneys for Defendants/Third Party Plaintiffs
COUNTY OF SONOMA, BILL COGBILL, SONOMA COUNTY DEPUTY SHERIFF JOHN MISITA, SONOMA COUNTY DEPUTY SHERIFF JIM RYAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JEREMIAH CHASS, MARK CHASS, YVETTE CHASS, and I.C., a minor, by and through his Guardian Ad Litem, YVETTE CHASS,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SONOMA, BILL COGBILL, in his individual capacity and in his official capacity as Sheriff for the COUNTY OF SONOMA, SONOMA COUNTY DEPUTY SHERIFF JOHN MISITA, SONOMA COUNTY DEPUTY SHERIFF JIM RYAN, and DOES 1 through 50,<br><br>Defendants and Third Party Plaintiffs,<br><br>v.<br><br>SANTA ROSA MEMORIAL HOSPITAL,<br><br>Third Party Defendants. | CASE NO.: CV 08 0111 MMC<br><br>**STIPULATION AND ORDER RE: REMAND TO SONOMA COUNTY SUPERIOR COURT** |

WHEREAS, third party defendant Santa Rosa Memorial Hospital filed a Motion for Remand on April 2, 2009;

WHEREAS, third party plaintiffs and third party defendant, through their counsel, stipulate and agree that remand to Sonoma County Superior Court is appropriate, upon condition that all discovery obtained prior to removal may be used in the action in Sonoma County Superior Court, that all lay discovery is, and shall be, closed, and that no experts shall be disclosed by the parties,

1 | other than experts disclosed in connection with the parties' disclosures in the pending action.

2 | NOW, THEREFORE, the parties stipulate and agree as follows:

3 | 1. The case shall be remanded to Sonoma County Superior Court, subject to the following conditions.

5 | 2. All discovery obtained prior to removal shall be admissible in the state court proceedings.

7 | 3. Lay discovery, i.e. all discovery other than depositions of disclosed expert witnesses, is closed, other than the deposition of the Sonoma County PMK, Sheriff Cogbill, previously noticed by Santa Rosa Memorial Hospital and postponed by agreement of the parties.

10 | 4. The parties agree that experts disclosed pursuant to Rule 26 shall constitute expert witness disclosure for purposes of the Sonoma County Superior Court action, and no further experts shall be disclosed by the parties.

13 | 5. Santa Rosa Memorial Hospital shall be permitted to file an answer in the Sonoma County Superior Court action.

15 | 6. The pending Motion for Summary Judgment filed by third party defendant Santa Rosa Memorial Hospital shall be re-filed, if desired, by Santa Rosa Memorial Hospital, in Sonoma County Superior Court, following California Code of Civil Procedure guidelines with respect to the same.

DATED: April 10, 2009

GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.

By _____
STEVEN C. MITCHELL
Attorneys for Defendants/Third Party Plaintiffs
COUNTY OF SONOMA, BILL COGBILL,
SONOMA COUNTY DEPUTY SHERIFF
JOHN MISITA and SONOMA COUNTY
DEPUTY SHERIFF JIM RYAN

DATED: April 10, 2009

TATE & ASSOCIATES

By _____
LAUREN TATE
Attorneys for Third Party Defendant
SANTA ROSA MEMORIAL HOSPITAL

LAW OFFICES OF
GEARY,
SHEA,
O'DONNELL,
GRATTAN &
MITCHELL
P.C.

- 2 -
Stipulation and Order Re Remand to Sonoma County Superior Court

IT IS SO ORDERED:

DATED: April 10, 2009

_____
MAXINE M. CHESNEY
United States District Court Judge

LAW OFFICES OF
GEARY,
SHEA,
O'DONNELL,
GRATTAN &
MITCHELL
P.C.

- 3 -
Stipulation and Order Re Remand to Sonoma County Superior Court